## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| MORRIS TUCKER, <br><br> Plaintiff, <br><br> v. <br><br> LAKE COUNTY SHERIFF OSCAR MARTINEZ JR; LAKE COUNTY INDIANA SHERIFF'S DEPARTMENT; LAKE COUNTY; WILLIAM FORGEY, MD; CORRECTIONAL HEALTH INDIANA, INC.; PAT GLISSMAN, RN; JUDY HEDRICK, RN; DALI LAZIC, RN; JOHN MARTHALER, RN; MICHELLE WATHIER, NP; LISA MEAKER, FNP-C; VICKI SALLAY, RN; LYNN ROBINSON; DR. JAMES JACKSON; and WEXFORD OF INDIANA, LLC, <br><br> Defendants. | CAUSE NO.: 2:20-CV-299-TLS-APR |

**OPINION AND ORDER**

This matter is before the Court on a Notice of Voluntary Dismissal of Wexford of Indiana, LLC and Dr. James Jackson [ECF No. 42], filed on April 9, 2021. Therein, the Plaintiff seeks to dismiss with prejudice the claims against Defendants Wexford of Indiana, LLC, and Dr. James Jackson. Although not specified, as the Plaintiff moves and neither Defendant has answered or moved for summary judgment, it appears to fall under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

However, the Seventh Circuit Court of Appeals has held that the proper procedure for dismissal of individual parties or claims is by the amendment of pleadings under Federal Rule of Civil Procedure 15(a) and not by dismissal under Federal Rule of Civil Procedure 41(a). *Taylor v. Brown*, 787 F.3d 851, 857–58, 858 n.9 (7th Cir. 2015) (explaining that "Rule 15(a) allows a

plaintiff to amend his complaint—including by adding or dropping parties and claims—as a matter of right in some situations and by court order in others" and reminding district court to use Rule 15(a) rather than Rule 41(a) for dismissal of individual claims); *see also* 6 Fed. Prac. & Proc. Civ. § 1479 (3d ed.).

Accordingly, the Court STRIKES the Notice of Voluntary Dismissal of Wexford of Indiana, LLC and Dr. James Jackson [ECF No. 42]. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court GRANTS the Plaintiff leave to file, on or before May 3, 2021, an amended complaint to drop as Defendants Wexford of Indiana, LLC, and Dr. James Jackson.

SO ORDERED on April 15, 2021.

            s/ Theresa L. Springmann
            JUDGE THERESA L. SPRINGMANN
            UNITED STATES DISTRICT COURT